# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW PHILLIPS, | : | |
| | : | |
| PLAINTIFF | : | |
| | : | NO.:3:16-CV-1662 |
| v. | : | |
| | : | HON. MALACHY MANNION |
| GENESIS TRUCKS INC. | : | |
| AND CORDARELL RODGERS | : | |
| | : | |
| DEFENDANTS | : | JURY TRIAL DEMANDED |

## MOTION IN LIMINE TO PRECLUDE ANY EVIDENCE, TESTIMONY, OR REFERENCE TO A WORKERS' COMPENSATION LIEN OR WORKER'S COMPENSATION INSURANCE

Defendants, by and through their undersigned counsel, E. Patrick Heffron, Esquire, respectfully submit file this Motion in Limine to Preclude Evidence, Testimony, or Reference to a Workers' Compensation Lien or Workers' Compensation Insurance. In support of this Motion, Moving Defendants rely upon the supporting Memorandum of Law and exhibits filed with the Court.

Respectfully Submitted,

**THE CHARTWELL LAW OFFICES, LLP**

By: /s/ E. Patrick Heffron
E. Patrick Heffron, Esquire
Atty I.D. No.: 93126
125 N. Washington Avenue
The Connell Building, Suite 240
Scranton, PA 18503
Telephone: (570) 558-4820
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

    I, E. Patrick Heffron, Esquire hereby certify that I have this 10th day of November, 2017 served a true and correct copy of the foreging Motion in Limine to Preclude Evidence or Testimony Regarding a Workers' Compensation Lien, via electronic mail upon the following individuals:

Jefferson J. Shipman, Esquire
4431 North Front Street
Harrisburg, PA 17110-1709

                        **THE CHARTWELL LAW OFFICES, LLP**

                        By:  /s/ E. Patrick Heffron
                            E. Patrick Heffron, Esquire
                            Atty I.D. No.:  93126
                            125 N. Washington Avenue
                            The Connell Building, Suite 240
                            Scranton, PA  18503
                            Telephone: (570) 558-4820
                            Attorney for Defendants